## United States District Court for the Northern District of Illinois

Case Number: 20CV3974     Assigned/Issued By: KL

Judge Name: FEINERMAN     Designated Magistrate Judge: MCSHAIN

**FEE INFORMATION**

*Amount Due:*  ☐ $400.00   ☐ $46.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $505.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

**ISSUANCES**

☐ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☑ Citation to Discover Assets     (Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

1 Original and 1 copies on 10/15/2020 as to SANSUMAR, INC.
(Date)

(NOTICE FILED)

Rev. 08/19/2016